# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

EUGENE E. HANOSKI,

       Plaintiff,                Case No. 05-C-798

       v.

WALTER USA, INC., f/k/a
WALTER WAUKESHA, INC.,
f/k/a WAUKESHA CUTTING
TOOLS, INC., a Wisconsin
Corporation,

       Defendant.

## OPINION AND ORDER

The parties to this action having stipulated to the voluntary dismissal of all claims raised, the court ORDERS that this action is dismissed with prejudice, upon its merits, and without costs to any party. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Eugene E. Hanoski brought this action against Defendant Walter USA, Inc., f/k/a Walter Waukesha, Inc., f/k/a Waukesha Cutting Tools, Inc. before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having stipulated to the voluntary dismissal of all claims raised,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed upon its merits, with prejudice and without costs to any party.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 1st day of February, 2006.

                                                  s/ Thomas J. Curran
                                                Thomas J. Curran
                                                United States District Judge